IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

FLOYCE REED PEYTON                                                                        PLAINTIFF

VS.                                       1:07-CV-002 BSM

FRED'S STORES OF ARKANSAS,
INC.                                                                                              DEFENDANT

## JUDGMENT

Upon the motion for summary judgment of Defendant [Doc. # 11], the response of Plaintiff [Doc. # 19], and the entire record, the court finds that Defendant's motion for summary judgment is well-taken and is hereby granted. This case is dismissed with prejudice and the parties shall bear their own costs.

IT IS SO ORDERED this 19th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE